## ENOVA TECHNOLOGY CORP., Appellant

v.

## SEAGATE TECHNOLOGY (US) HOLDINGS INC., Seagate Technology LLC, Appellees

### 2016-1287

United States Court of Appeals, Federal Circuit.

March 20, 2017

DARRYL MICHAEL WOO, Vinson & Elkins LLP, San Francisco, CA, argued for appellant. Also represented by CHAO WANG; JANICE TA, Austin, TX.

DAVID J.F. GROSS, Faegre Baker Daniels LLP, Minneapolis, MN, argued for appellees. Also represented by LUCAS J. TOMSICH, JULIE WAHLSTRAND; CALVIN L. LITSEY, East Palo Alto, CA; RICHARD M. MARSH, JR., Denver, CO.

(Newman, Taranto, and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**